UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Alliance of Nurses for Healthy Environments et al.,

Plaintiff(s),

v.

Lee M. Zeldin, Administrator, U.S. Environmental Protection Agency,

Defendant(s).

Case No. 3:26-cv-03118 TSH

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Caroline Cress , an active member in good standing of the bar of the Supreme Court of North Carolina , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: CleanAIRE NC, Georgia Interfaith Power & Light, and Savannah Riverkeeper in the above-entitled action. My local co-counsel in this case is Colin C. O'Brien , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 309413 .

136 East Rosemary St., Suite 500
Chapel Hill, NC 27514

MY ADDRESS OF RECORD

(919) 945-7129

MY TELEPHONE # OF RECORD

ccress@selc.org

MY EMAIL ADDRESS OF RECORD

1 Sansome Street, Suite 1700
San Francisco, CA 94104

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(415) 217-2000

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

cobrien@earthjustice.org

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 63104 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 13, 2026

/s/ Caroline Cress

APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____Caroline Cress_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 13, 2026

UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2