UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALLIANCE OF NURSES FOR
HEALTHY ENVIRONMENTS, et
al.                                    ,

Plaintiff(s),

v.

LEE ZELDIN, in his official capacity
as Administrator of the U.S. EPA
                                       ,

Defendant(s).

Case No. 3:26-cv-3118 TSH

**APPLICATION FOR ADMISSION OF
ATTORNEY PRO HAC VICE** ;ORDER
(CIVIL LOCAL RULE 11-3)

I, Sheena Patel                , an active member in good standing of the bar of

the District of Columbia         , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing:    Natural Resources Defense Council      in the

above-entitled action. My local co-counsel in this case is Emily Davis                , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 314152            .

1152 15th Street NW, Suite 300
Washington, D.C. 20005

MY ADDRESS OF RECORD

111 Sutter St., 21st floor,
San Francisco, CA 94104

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

202-836-9470

MY TELEPHONE # OF RECORD

415-875-8265

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

spatel@nrdc.org

MY EMAIL ADDRESS OF RECORD

edavis@nrdc.org

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 90029725      .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0      times in the 12 months

preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/13/2026

Sheena Patel
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Sheena Patel is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 13, 2026

UNITED STATES ~~DISTRICT/~~MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2