Colin C. O'Brien, State Bar No. 309413
Earthjustice
1 Sansome Street, Suite 1700
San Francisco, CA 94104
Tel: 415-217-2000/Fax: 415-217-2040
cobrien@earthjustice.org

*Local Counsel for Alliance of Nurses for Healthy Environments et al. (Additional Plaintiffs and Counsel Listed on Signature Page of Motion)*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ALLIANCE OF NURSES FOR HEALTHY ENVIRONMENTS, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>LEE M. ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>*Defendant*. | Case No. 3:26-cv-03118-TSH<br><br>Judge Thomas S. Hixson |

**EXHIBIT 12**

# DECLARATION OF JOHN GRAHAM

I, John Graham, declare:

1. I have personal knowledge of the matters set forth herein and, if called to testify, I could and would testify to the truth of these facts.

2. I am a Senior Scientist at Clean Air Task Force ("CATF"). I have been with the organization for 16 years.

3. I received a Ph.D. in Atmospheric Science from the Massachusetts Institute of Technology and an A.B. in Chemistry from Harvard University.

4. At CATF, I serve as a technical specialist on fate and transport of air pollution, including fine particulate matter ("fine PM" or "$PM_{2.5}$"), ozone, and air toxics. My work involves policies that reduce health-harming pollution from the transportation sector, fossil fuel-fired power plants, and industrial sources.

5. Prior to working at CATF, I was a project manager at Northeast States for Coordinated Air Use Management ("NESCAUM"), where I co-authored papers that analyzed the 2006 primary fine PM National Ambient Air Quality Standards ("NAAQS") and wrote reports on the carbonaceous fraction of PM2.5 in New York State and mercury modeling and apportionment in the United States. I also previously worked on understanding source-receptor relationships of environmental pollution at the US Coast Guard and Connecticut Department of Environmental Protection. In 2023 I served on the Science Advisory Board CASTNet Review

Panel, which evaluated issues related to EPA's Clean Air Status and Trends Network (CASTNet), a multipollutant ambient air quality network for monitoring air quality in rural areas.

6. I am aware that, in February 2024, EPA finalized the *Reconsideration of the National Ambient Air Quality Standards for Particulate Matter*, 89 Fed. Reg. 16,202 (Mar. 6, 2024) ("2024 standard"), which strengthened the primary annual ambient air quality standard for $PM_{2.5}$ from 12 $\mu g/m^3$ to 9 $\mu g/m^3$. I am aware that the deadline for states and tribes to submit area designations recommendations for the 2024 PM NAAQS under CAA section 107(d)(1)(A) was February 7, 2025, and that most states have submitted recommendations.

7. As a result of my work, I am familiar with the Clean Air Act's provisions and EPA rules and practice for implementing national ambient air quality standards. My familiarity includes the requirements for EPA promulgation of initial area air quality designations and the consequences of those designations. I am also familiar with data available on EPA's website and calculations EPA prescribes for determining whether air quality monitoring data demonstrate compliance with the standards. I regularly examine and analyze such data.

8. EPA requires states to establish and maintain networks of air quality monitors to determine the levels of particulate matter in the air by taking samples of

air and analyzing it. *See* 40 C.F.R. pts.53, 58. States must report the resulting data to EPA. *Id.* § 58.15.

9. For $PM_{2.5}$, "required monitoring stations or sites must be sited to represent area-wide air quality," *Id.* pt.58 app.D, § 4.7(b), with at least one station "sited at neighborhood or larger scale in an area of expected maximum concentration." *Id.* pt.58 app.D, § 4.7(b)(1); *see also id.* § 2(e) (defining "MSA" and "CSA" as the relevant "statistical-based definitions for metropolitan areas provided by the Office of Management and Budget and the Census Bureau"). EPA uses this data to identify the areas of the country that violate the standards. Memorandum on Initial Area Designations for the 2024 Revised Primary Annual Fine Particle National Ambient Air Quality Standard, from Joseph Goffman, Ass't Admin'r, to Reg'l Admin'rs 3 (Feb. 7, 2024), https://www.epa.gov/system/files/documents/2024-02/pm-naaqs-designations-memo_2.7.2024-_-jg-signed.pdf ("Designations Memo"). EPA then "designates" such areas as "nonattainment" areas. Though there may be exceptions, EPA has stated that "it is generally appropriate to include the entirety of a violating or contributing county in a $PM_{2.5}$ nonattainment area." Designations Memo at 5.

10. EPA also designates as "nonattainment" counties that, while not containing a violating monitor, are located near communities with violating monitors and contribute to the violation. 42 U.S.C. § 7407(d)(1)(A)(i);

Designations Memo at 4-6. EPA has done so repeatedly for prior particulate matter standards and has provided detailed guidance on how it intends to proceed for these standards. Designations Memo at 4-6, attach.3. Where an area has been designated nonattainment under a prior particulate standard, boundaries for a subsequent standard have often included the same counties, whether whole or partial. *See* https://www3.epa.gov/airquality/greenbook/kbca.html (listing counties within current and former nonattainment areas under 2012 particulate matter standards); https://www3.epa.gov/airquality/greenbook/rbca.html (same, for 2006 particulate matter standards); https://www3.epa.gov/airquality/greenbook/qbca.html (same, for 1997 particulate matter standards).

11. “Design values” are the official metric used to determine whether an air quality monitor violates the standards. 40 C.F.R. pt.50 app.U, § 1(c). EPA uses ambient air quality data from regulatory monitors known as Federal Reference Monitors (FRMs) and Federal Equivalent Monitors (FEMs) that are sited and operated in accordance with federal regulations. *See* 40 C.F.R. pt.58; Designations Memo at 3. For the primary annual particulate matter standard, the design values include three years of air quality monitoring data and are calculated based on the 3-year average of the annual mean concentrations of $PM_{2.5}$ (in $\mu g/m^3$). The annual mean concentrations are calculated using the mean of daily averages of each quarter. If the average of the mean values for the 3 most recent years for a monitor

is greater than the standard (9 μg/$m^3$), then the area that monitor is located in would be designated "nonattainment." Areas with at least one regulatory ambient PM2.5 air quality monitor with a design value greater than 9.0 μg/$m^3$ would be designated nonattainment. The design values drawing on 2022-2024 data are commonly referred to as the "2024 design values"; the design values drawing on 2021-2023 data are analogously commonly called the "2023 design values." Using the state reported air quality data, EPA calculates design values and publicly releases a design value report every year. *See* https://www.epa.gov/air-trends/air-quality-design-values. The most recent design values available as of this date are for 2024. https://www.epa.gov/system/files/documents/2025-06/pm25_designvalues_2022_2024_final_05_28_25.xlsx ("2024 Design Value Report").

12. In its design value report, EPA assigns a design value to each county containing a monitor that has sufficient "data completeness"—which is satisfied for a year of $PM_{2.5}$ monitoring data if each quarter has a data capture rate of at least 75%—under EPA's rules for calculating design values. 40 C.F.R. pt.50 app.N, § 4.1(b)-(c). A county's design value is the highest valid design value calculated for a monitoring site in the county. *See, e.g.*, 2024 Design Value Report tbl.4a ("The design value listed for each county is the highest among monitors with valid design values.").

13. I have reviewed EPA's most recent information regarding design values for the annual $PM_{2.5}$standard, the 2024 Design Value Report, which shows that the following areas have 2024 design values that exceed the level of 9.0 µg/m$^3$, and many have historically had design values that exceed that level: Jefferson County, AL (9.5 µg/m$^3$); Russell County, AL (9.1 µg/m$^3$); Fairbanks North Star County, AK (12.3 µg/m$^3$); Pulaski County, AR (10.3 µg/m$^3$); Union County, AR (9.5 µg/m$^3$); Maricopa County, AZ (10.7 µg/m$^3$); Pinal County, AZ (10.0 µg/m$^3$); Santa Cruz County, AZ (9.3 µg/m$^3$); Contra Costa County, CA (9.8 µg/m$^3$); Fresno County, CA (13.6 µg/m$^3$); Imperial County, CA (10.2 µg/m$^3$); Kern County, CA (14.7 µg/m$^3$); Kings County, CA (12.8 µg/m$^3$); Los Angeles County, CA (11.9 µg/m$^3$); Madera County, CA (9.8 µg/m$^3$); Mendocino County, CA (10.0 µg/m$^3$); Merced County, CA (9.3 µg/m$^3$); Orange County, CA (9.8 µg/m$^3$); Plumas County, CA (12.3 µg/m$^3$); Riverside County, CA (12.4 µg/m$^3$); San Bernadino County, CA (12.9 µg/m$^3$); San Diego County, CA (13.2 µg/m$^3$); San Joaquin County (10.3 µg/m$^3$); Santa Clara County (9.2 µg/m$^3$); Stanislaus County, CA (11.0 µg/m$^3$); Tulare County, CA (13.2 µg/m$^3$); Bibb County, GA (9.2 µg/m$^3$); Clayton County, GA (9.1 µg/m$^3$); Fulton County, GA (9.4 µg/m$^3$); Gwinnet County, GA (9.1 µg/m$^3$); Muscogee County, GA (9.6 µg/m$^3$); Richmond County, GA (9.3 µg/m$^3$); Washington County, GA (9.8 µg/m$^3$); Benewah County, ID (9.2 µg/m$^3$); Canyon County, ID (9.1 µg/m$^3$); Lemhi County, ID (10.2 µg/m$^3$); Shoshone County, ID (9.4

μg/m$^3$); Cook County, IL (11.0 μg/m$^3$); Kane County, IL (9.1 μg/m$^3$); Madison County, IL (9.6 μg/m$^3$); Saint Clair County, IL (9.4 μg/m$^3$); Clark County, IN (9.2 μg/m$^3$); Hamilton County, IN (9.3 μg/m$^3$); Lake County, IN (9.7 μg/m$^3$); Marion County, IN (11.5 μg/m$^3$); Vigo County, IN (9.3 μg/m$^3$); Wyandotte County, KS (9.3 μg/m$^3$); Caddo County, LA (9.7 μg/m$^3$); West Baton Rouge County, LA (9.1 μg/m$^3$); Kalamazoo County, MI (10.0 μg/m$^3$); Wayne County, MI (12.3 μg/m$^3$); DeSoto County, MS (9.1 μg/m$^3$); Forrest County, MS (9.4 μg/m$^3$); St. Louis City County, MO (9.5 μg/m$^3$); Lincoln, MT (11.6 μg/m$^3$); Missoula, MT (9.5 μg/m$^3$); Mecklenburg, NC (9.2 μg/m$^3$); Butler County, OH (10.3 μg/m$^3$); Cuyahoga County, OH (11.2 μg/m$^3$); Hamilton County, OH (9.3 μg/m$^3$); Lucas County, OH (9.1 μg/m$^3$); Harney County, OR (11.4 μg/m$^3$); Jackson County, OR (10.0 μg/m$^3$); Lane County, OR (13.9 μg/m$^3$); Allegheny County, PA (10.6 μg/m$^3$); Dauphin County, PA (9.4 μg/m$^3$); Lancaster County, PA (9.2 μg/m$^3$); Philadelphia County, PA (10.3 μg/m$^3$); Davidson County, TN (9.3 μg/m$^3$); Atacosa County, TX (9.5 μg/m$^3$); Bexar County, TX (9.2 μg/m$^3$); Bowie County, TX (10.0 μg/m$^3$); Cameron County, TX (14.4 μg/m$^3$); Dallas County, TX (10.1 μg/m$^3$); El Paso County, TX (9.6 μg/m$^3$); Harris County, TX (12.7 μg/m$^3$); Harrison County, TX (9.5 μg/m$^3$); Hidalgo County, TX (10.3 μg/m$^3$); Jefferson County, TX (9.7 μg/m$^3$); Kleberg County, TX (9.8 μg/m$^3$); Montgomery County, TX (10.7 μg/m$^3$); Nueces County, TX (9.3 μg/m$^3$); Tarrant County, TX (9.4 μg/m$^3$); Travis County, TX (10.0 μg/m$^3$); Webb

County, TX (9.7 μg/m$^3$); Okanogan County, WA (10.1 μg/m$^3$). *See* 2024 Design Value Report tbl.6a (giving 10-year trends for each monitor's design value through its 2024 design value).

14. I have also reviewed the prior design value report for 2023, https://www.epa.gov/system/files/documents/2024-08/pm25_designvalues_2021_2023_final_08_08_24_0.xlsx ("2023 Design Value Report"), which includes data from 2023 that will be used to calculate 2025 design values. The 2023 Design Value Report shows the following additional counties had 2023 design values, and many have historically had design values, above the 2024 annual standard: Sacramento County, CA (9.9 μg/m$^3$); Siskiyou County, CA (11.7 μg/m$^3$); Sutter County, CA (11.2 μg/m$^3$); Walker County, GA (10.0 μg/m$^3$); Clinton County, IA (9.2 μg/m$^3$); DuPage County, IL (9.7 μg/m$^3$); Rock Island County, IL (9.1 μg/m$^3$); Will County, IL (9.8 μg/m$^3$); St. Joseph County, IN (9.4 μg/m$^3$); Vanderburgh County, IN (9.4 μg/m$^3$); Neosho County, KS (9.3 μg/m$^3$); Sedgwick County, KS (9.7 μg/m$^3$); Bell County, KY (9.1 μg/m$^3$); Jefferson County, KY (9.5 μg/m$^3$); Kent County, MI (9.3 μg/m$^3$); Missaukee County, MI (9.4 μg/m$^3$); Washtenaw County, MI (9.3 μg/m$^3$); Hinds County, MS (9.3 μg/m$^3$); Washoe County, NV (9.7 μg/m$^3$); Camden County, NJ (9.8 μg/m$^3$); Union County, NJ (9.4 μg/m$^3$); Davidson County, NC (9.2 μg/m$^3$); Cass County, ND (9.2 μg/m$^3$); Franklin County, OH (9.3 μg/m$^3$); Jefferson County, OH (10.0 μg/m$^3$); Stark County, OH

(9.4 µg/m$^3$); Cleveland County, OK (9.3 µg/m$^3$); Oklahoma County, OK (9.1 µg/m$^3$); Josephine County, OR (10.2 µg/m$^3$); Klamath County, OR (12.0 µg/m$^3$); Lake County, OR (9.1 µg/m$^3$); York County, PA (9.3 µg/m$^3$); Knox County, TN (9.1 µg/m$^3$); Salt Lake County, UT (9.3 µg/m$^3$); Stevens County, WA (10.1 µg/m$^3$); Yakima County, WA (10.2 µg/m$^3$); Berkeley County, WV (9.1 µg/m$^3$); Milwaukee County, WI (9.2 µg/m$^3$); Waukesha County, WI (9.1 µg/m$^3$). *See* 2023 Design Value Report tbl.6a (giving 10-year trends for each monitor's design value through its 2023 design value).

15. The total population of counties with 2023 or 2024 design values greater than 9.0 µg/m$^3$ is over 92 million.

16. Regulatory monitors may use different equipment to take measurements of air pollution levels. To address concerns about potential bias with certain monitors, specifically the Teledyne T640 and T640X FEMs, EPA implemented a retroactive update to information in its Air Quality System. *See* 89 Fed. Reg. 42874 (May 16, 2024). Because Teledyne monitors have been collocated with Federal Reference Monitors (FRMs), it was possible to identify and address potential bias by comparing collocated FRMs with the Teledyne FEMs. 40 CFR pt. 58 app.A, § 3.2.3. EPA's design values incorporate retroactively adjusted data from those FEM monitors using an PM alignment factor to account for a positive bias relative to FRM sampler data. https://downloads.regulations.gov/EPA-HQ-OAR-

2023-0642-0029/content.pdf. EPA implemented this update to the data expecting that the update would "impact the ambient monitoring data used for [initial area] designations" for the 2024 standard. *Id*. at 5. EPA's recent design values incorporate data that was adjusted using the alignment factor to account for the Teledyne bias issue. https://www.epa.gov/system/files/documents/2024-10/wed1040_pm_gantt.pdf (stating "August 2024: EPA released 2021-2023 PM2.5 design values including the retroactive T640/T640x PM2.5 update"); https://www.epa.gov/system/files/documents/2024-05/3_comment-summary_t640-data-update_final_05-13-2024.pdf at 7-8 (noting "the EPA has determined that this data update is appropriate as a companion action to the recently revised PM2.5 NAAQS, for which many of the subsequent actions will rely on the past three years of data.")

17. Many of the areas mentioned in paragraphs 13 and 14 are currently designated attainment under the prior annual $PM_{2.5}$ standard of 12.0 μg/$m^3$ set in 2012 but have 2024 or 2023 design values above 9.0 μg/$m^3$. Of the areas in paragraphs 13 and 14 with 2024 or 2023 design values above 9.0 μg/$m^3$, only Los Angeles-South Coast Air Basin, Plumas County, San Joaquin Valley, and Imperial County in California and Allegheny County in Pennsylvania are currently designated nonattainment for the 2012 primary annual $PM_{2.5}$ NAAQS. https://www3.epa.gov/airquality/greenbook/knc.html.

18. There are also areas referred to in Paragraphs 13 and 14 that are "maintenance" areas under the 2012 standard, meaning they formerly were designated nonattainment under the 2012 standards, but have since been redesignated attainment. The areas listed above in Paragraph 13 and 14 that fall into this category are Cuyahoga and Lorain Counties in Ohio, Delaware and Lebanon Counties in Pennsylvania, and Shoshone County in Idaho. *Compare* 2024 Design Value Report tbl.4a, *with* https://www3.epa.gov/airquality/greenbook/kmca.html (listing all "maintenance" counties under 2012 standard) (last updated Feb. 28, 2026).

19. Other communities and areas referred to in Paragraphs 13 and 14 have never been designated nonattainment under the 2012 primary annual $PM_{2.5}$ standards. The counties listed above in Paragraphs 12 and 13 but not listed in Paragraphs 17 or 18 fall into this category. *Compare* 2024 Design Value Report tbl.4a, *with* https://www3.epa.gov/airquality/greenbook/kbca.html (listing all counties that have ever been designated nonattainment under 2012 annual standard) (last updated Mar. 31, 2026).

20. Two of the counties that have 2024 design values above 9.0 $\mu g/m^3$ are currently designated nonattainment under the 2012 standard but that have received "Clean Data Determinations" from EPA under that standard. EPA issues these "Clean Data Determinations" when an area has attained a standard but has not

satisfied the additional statutory criteria necessary to allow it to be redesignated to attainment, *see* 42 U.S.C. § 7407(d)(3)(E) (establishing five criteria an area must meet before being redesignated attainment, including a demonstration that the attainment results from permanent and enforceable emission reductions). The regulatory effect of such a Determination is that the area is exempt from undertaking various efforts to require pollution reductions. 40 C.F.R. § 51.1118. Accordingly, pollution control requirements in such areas are weakened. Allegheny County, PA and Imperial County, CA have Clean Data Determinations under the 2012 standard but 2024 design values above 9.0 $\mu g/m^3$. https://www3.epa.gov/airquality/greenbook/hfr2rpt5.html (listing all proposed and finalized Clean Data Determinations under 2012 standard) (last updated Mar. 31, 2026).

21. The boundaries of nonattainment areas must include not only the county with the violating monitor, but also areas near the monitor that contribute to the violation. *See* 42 U.S.C. § 7407(d)(1)(A)(i). Therefore, counties that do not have a monitor with a design value greater than 9.0 $\mu g/m^3$ but that contribute to violations of the 2024 standard in a nearby county could be designated as part of a nonattainment area. The boundaries for each nonattainment area are evaluated on an individual basis and the agency considers facts and circumstances unique to the area. EPA's Designations Memo details five factors the agency plans to consider

and recommends states consider in determining nonattainment boundaries, specifically air quality data, emissions and emissions-related data, meteorology, geography/topography, and jurisdictional boundaries. Designations Memo at 4-6, attach.3. Though these factors are not exclusive, they "are intended to inform the EPA's analysis of the statutory definition of a nonattainment area." Designations Memo at attach.3.

22. As discussed in the previous paragraph, based on an analysis of the factors discussed in the Designations Memo, counties that do not have 2023 or 2024 design values violating the 2024 standard may also be considered part of nonattainment areas because of their contribution to violating monitors in nearby communities and areas. *See* 42 U.S.C. § 7407(d)(1)(A)(i); Designations Memo at 4-6, attach.3. Some counties that do not have 2023 or 2024 design values violating the 2024 standard have previously been included in nonattainment areas for prior standards, specifically Macomb County, MI (8.2 $\mu g/m^3$) and Lorain County, OH. *Compare* 2024 Design Value Report tbl.4a, *with* https://www3.epa.gov/airquality/greenbook/kbca.html (listing counties within current and former nonattainment areas under 2012 particulate matter standards), *and* https://www3.epa.gov/airquality/greenbook/rbca.html (same, for 2006 particulate matter standards), *and*

https://www3.epa.gov/airquality/greenbook/qbca.html (same, for 1997 particulate matter standards).

23. Particulate matter pollution and its precursors emitted in upwind states can also be transported downwind to other states. This harmful pollution can and does contribute to harmful levels of particulate matter pollution in the downwind states, as EPA modeling has previously indicated. EPA-HQ-OAR-2009-0491-0060 (EPA-generated projection of 2012 design values for air quality monitors and estimate of amount contributed by each state).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 10, 2026.



John J Graham