**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

ALLIANCE OF NURSES FOR HEALTHY
ENVIRONMENTS, et al.,

*Plaintiffs*,

v.

LEE ZELDIN, in his official capacity as
Administrator of the United States
Environmental Protection Agency,

*Defendant*.

Case No. 4:26-cv-03118-HSG
(and related case)

**STIPULATION AND PROPOSED ORDER
TO SET SCHEDULE FOR SUMMARY
JUDGMENT BRIEFING**

Plaintiffs Alliance of Nurses for Healthy Environments, American Lung

Association, American Public Health Association, American Thoracic Society, Center for

Biological Diversity, Citizens for Pennsylvania's Future, Clean Air Council, CleanAIRE NC,

Conservation Law Foundation, Environmental Defense Fund, Georgia Interfaith Power & Light,

Michigan Environmental Council, Natural Resources Defense Council, Northeast Ohio

Community Resilience Centre, Rio Grande International Study Center, Savannah Riverkeeper,

and Sierra Club ("Health, Environmental, and Community Plaintiffs"), State Plaintiffs,[1] and

Defendant Lee Zeldin, in his official capacity as Administrator of the United States

Environmental Protection Agency ("EPA") (collectively, the "Parties"), stipulate as follows:

---

[1] A coalition of States also filed a related case on April 24, 2026, seeking to compel the same nondiscretionary duties. *See* Case No. 3:26-cv-03500, Dkt. No. 1. These States filed an administrative motion seeking leave to file a motion for summary judgment on the same date they filed their complaint. Case No. 3:26-cv-03500, Dkt. No. 13. State Plaintiffs include the States of California, Connecticut, Hawaiʻi, Maryland, Massachusetts, Minnesota, New York, Oregon, Vermont, and Wisconsin, the District of Columbia, the County of Harris, Texas, and the City of New York, New York.

1. In this litigation, Health, Environmental, and Community Plaintiffs allege that EPA has failed to perform certain mandatory duties under the Clean Air Act. The State Plaintiffs allege the same claim in *California, et al. v. Zeldin*, Case Number 3:26-cv-03500, Dkt. No. 1. The State Plaintiffs have filed an unopposed administrative motion identifying the cases as related. Dkt. No. 30.

2. Health, Environmental, and Community Plaintiffs filed a motion for summary judgment on April 13 and served it on EPA on April 14. Health, Environmental, and Community Plaintiffs noticed their motion for hearing on June 25, 2026.

3. EPA requests an extension of time to respond to the motions for summary judgment[2] and the Parties to both cases have met and conferred and agree that a unified summary judgment briefing schedule for the related cases will best preserve party and Court resources. To that end, the Parties ask this Court for an extension of the summary judgment briefing deadlines in this case as follows:

| Event | Current Date | [PROPOSED] New Date |
|---|---|---|
| EPA Combined Response to Health, Environmental, and Community Plaintiffs' and State Plaintiffs' Motions[3] | April 27, 2026 (deadline for response to Health, Environmental, and Community Plaintiffs' Motion) | June 1, 2026 |

[2] EPA has also filed a motion to hold these related cases in abeyance, which the Agency asserts is the most appropriate pathway for this matter, pending a decision by the U.S. Court of Appeals for the District of Columbia Circuit on the 2024 PM2.5 NAAQS. *See* Dkt. No. 31. Plaintiffs oppose EPA's motion and intend to respond. In the event EPA's motion for abeyance is not granted, EPA submits that the proposed briefing schedule will allow the Agency to prepare the substantial briefing that will be required for both related cases.

[3] Because EPA will be responding to two motions for summary judgment, EPA proposes to combine its responses in opposition in a single brief. EPA will confer with the Plaintiffs about the page limit for the Agency's combined response.

| Plaintiff and State Replies | May 4, 2026 (Health, Environmental, and Community Plaintiffs' Reply) | June 11, 2026 |
|---|---|---|

4. Health, Environmental, and Community Plaintiffs stipulate to this schedule out of a spirit of compromise and on the understanding that it accommodates the June 25, 2026, noticed hearing date.

5. There have been no prior modifications of time in this case or the related case.

6. Pursuant to Local Rule 5-1(h)(3), the undersigned counsel for Defendant attests that the other signatories listed below concur in the filing of this document.

Dated:  April 27, 2026                         Respectfully submitted,


/s/ Rachel D. Martinez                        /s/ Seth L. Johnson
_____                         Sage Lincoln, PA Bar No. 333682
Rachel D. Martinez (FL Bar No. 1049812)       *Admitted pro hac vice*
United States Department of Justice           Seth L. Johnson, DC Bar No. 1001654
Environment & Natural Resources Division      *Admitted pro hac vice*
P.O. Box 7611                                 Earthjustice
Washington, D.C. 20044                        1250 I (Eye) Street NW, 4th Floor
Tel: (202) 616-5589                           Washington, DC 20005
Fax: (202) 514-8865                           (202) 830-3311
Rachel.Martinez@usdoj.gov                     (202) 797-5245
                                              slincoln@earthjustice.org
*Counsel for Defendant*                       sjohnson@earthjustice.org

                                              Colin C. O'Brien, CA Bar No. 309413
                                              Earthjustice
                                              1 Sansome Street, Suite 1700
                                              San Francisco, CA 94104
                                              Tel: 415-217-2000/Fax: 415-217-2040
                                              cobrien@earthjustice.org

                                              *Counsel for Alliance of Nurses for Healthy Environments, American Lung Association, American Public Health Association, American Thoracic Society, Center for Biological Diversity, Northeast Ohio Community Resilience Centre, Rio Grande International Study Center, and Sierra Club*

/s/ Hayden W. Hashimoto
Hayden W. Hashimoto, CA Bar No. 325150
Shaun A. Goho, MA Bar No. 652287
*Admitted pro hac vice*
Clean Air Task Force
114 State Street, 6th Floor
Boston, MA 02109
(617) 624-0234
hhashimoto@catf.us
sgoho@catf.us

*Counsel for Citizens for Pennsylvania's Future, Clean Air Council, Conservation Law Foundation, and Michigan Environmental Council*

/s/ John Walke
John Walke, DC Bar No. 450508
*Pro hac vice pending*
Emily Davis, CA Bar No. 314152
Sheena Patel, DC Bar No. 90029725
*Admitted pro hac vice*
Natural Resources Defense Council
1152 15th St NW, #300
Washington, DC 20005
(202) 289-6868
jwalke@nrdc.org
edavis@nrdc.org
spatel@nrdc.org

*Counsel for Natural Resources Defense Council*

/s/ Caroline Cress
Caroline Cress, NC Bar No. 63104
*Admitted pro hac vice*
Southern Environmental Law Center
136 E. Rosemary Street, Suite 500
Chapel Hill, NC 27514
(919) 967-1450
ccress@selc.org

*Counsel for CleanAIRE NC, Georgia Interfaith Power & Light, and Savannah Riverkeeper*

/s/ Richard Yates
Richard Yates, CA Bar No. 348185
Environmental Defense Fund
2060 Broadway
Suite 300
Boulder, CO 80302
(415) 293-6083
ryates@edf.org

*Counsel for Environmental Defense Fund*

\*    \*    \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:    5/4/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge