**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

<table>
<tr><td>

ALLIANCE OF NURSES FOR HEALTHY
ENVIRONMENTS, et al.,

      Plaintiffs,

  v.

LEE M. ZELDIN, in his official capacity as
Administrator of the U.S. Environmental
Protection Agency,

      Defendant.

</td><td>

Case No. 4:26-cv-03118-HSG

**ORDER GRANTING COORDINATION
OF CASES**

</td></tr>
<tr><td>

STATE OF CALIFORNIA, et al.,

      Plaintiffs,

  v.

LEE M. ZELDIN, in his official capacity as
Administrator of the U.S. Environmental
Protection Agency,

      Defendant.

</td><td>

Case No. 4:26-cv-03500-HSG

</td></tr>
</table>

Upon consideration of the Parties' Stipulation Regarding Consolidation of *State of California* and *Alliance of Nurses for Healthy Environments* (Dkt. No. 42) and as further clarified by the Parties in response to the Court's Minute Entry Order (Dkt. No. 43), the Court will not formally consolidate the two cases referenced above but hereby GRANTS the Parties' request for coordination as follows:

1. The above- captioned cases shall have coordinated Summary Judgment briefing, such that:

1

    a. Defendant shall file one consolidated response brief to both Health, Environmental, and Community Plaintiffs'[1] and State Plaintiffs'[2] Motions for Summary Judgment with a 40-page limit by June 1, 2026. Defendant shall file its consolidated response brief in the dockets for both case numbers 4:26-cv-03118-HSG and 4:26-cv-03500-HSG.

    b. Health, Environmental, and Community Plaintiffs and State Plaintiffs shall file separate reply briefs that combined shall not exceed 30 pages by June 11, 2026. Each set of Plaintiffs shall file its reply brief only in its respective case.

    c. The June 25, 2026 hearing will be a consolidated hearing, where arguments from all parties on summary judgment will be heard.

    d. The Court will issue one order on summary judgment that will apply to both cases.

2. The above-captioned cases shall be treated identically for purposes of Defendant EPA's pending Motion for Abeyance, such that:

    a. The June 25, 2026 hearing will be a consolidated hearing, where arguments from all parties on abeyance will be heard, unless ordered otherwise by this Court.[3]

    b. Any order on Defendant EPA's Motion for Abeyance (Dkt. No. 31) will apply equally to both cases.

3. The State of Rhode Island intends to be joined as a party to case number 4:26-cv-03500-HSG once its notice of intent period has lapsed. Rhode Island's notice of intent period will lapse on June 15, 2026. Rhode Island will be subject to the same schedule and requirements as set forth above if it joins the case.

---

[1] Health, Environmental, and Community Plaintiffs are the Plaintiffs in case number 4:26-cv-03118-HSG.

[2] State Plaintiffs include the Plaintiffs in case number 4:26-cv-03500-HSG.

[3] EPA has asserted that EPA's Motion for Abeyance could be decided on the briefs and without a hearing. *See* Dkt. No. 33. Health, Environmental, and Community Plaintiffs have asserted that EPA's Motion for Abeyance could be denied, but not granted, without a hearing. *See* Dkt. No. 35 at 6.

**IT IS SO ORDERED.**

Dated: 5/27/2026

HONORABLE HAYWOOD S. GILLIAM JR.
UNITED STATES DISTRICT COURT JUDGE