Colin C. O'Brien, State Bar No. 309413
Earthjustice
1 Sansome Street, Suite 1700
San Francisco, CA 94104
Tel: 415-217-2000/Fax: 415-217-2040
cobrien@earthjustice.org

*Local Counsel for Plaintiffs Alliance of Nurses
for Healthy Environments et al. (Additional
Counsel Listed on Signature Page of Motion)*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

ALLIANCE OF NURSES FOR HEALTHY
ENVIRONMENTS, AMERICAN LUNG
ASSOCIATION, AMERICAN PUBLIC HEALTH
ASSOCIATION, AMERICAN THORACIC
SOCIETY, CENTER FOR BIOLOGICAL
DIVERSITY, CITIZENS FOR
PENNSYLVANIA'S FUTURE, CLEAN AIR
COUNCIL, CLEANAIRE NC, CONSERVATION
LAW FOUNDATION, ENVIRONMENTAL
DEFENSE FUND, GEORGIA INTERFAITH
POWER & LIGHT, MICHIGAN
ENVIRONMENTAL COUNCIL, NATURAL
RESOURCES DEFENSE COUNCIL,
NORTHEAST OHIO COMMUNITY
RESILIENCE CENTRE, RIO GRANDE
INTERNATIONAL STUDY CENTER,
SAVANNAH RIVERKEEPER, and SIERRA
CLUB,

     *Plaintiffs*,

    v.

LEE M. ZELDIN, Administrator, United States
Environmental Protection Agency, in his official
capacity,

    *Defendant*.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No: 4:26-cv-03118-HSG

**ORDER GRANTING PLAINTIFFS'
MOTION FOR LEAVE TO FILE
STATEMENT OF RECENT DECISION**

ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE STATEMENT
CASE NO. 4:26-cv-03118-HSG     1

**ORDER**

Pursuant to Civil Local Rule 7-11(a) and this Court's Standing Order, and for the reasons set forth in the motion, Plaintiffs' Administrative Motion for Leave to File a Statement of Recent Decision, Dkt. No. 58, is hereby granted. Plaintiffs shall file their Statement as a separate docket entry.

IT IS SO ORDERED.

DATED:  6/30/2026

HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge