Colin C. O'Brien, State Bar No. 309413
Earthjustice
1 Sansome Street, Suite 1700
San Francisco, CA 94104
Tel: 415-217-2000/Fax: 415-217-2040
cobrien@earthjustice.org

*Local Counsel for Plaintiffs Alliance of Nurses
for Healthy Environments et al. (Additional
Plaintiffs and Counsel Listed on Signature Page)*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| ALLIANCE OF NURSES FOR HEALTHY ENVIRONMENTS, AMERICAN LUNG ASSOCIATION, AMERICAN PUBLIC HEALTH ASSOCIATION, AMERICAN THORACIC SOCIETY, CENTER FOR BIOLOGICAL DIVERSITY, CITIZENS FOR PENNSYLVANIA'S FUTURE, CLEAN AIR COUNCIL, CLEANAIRE NC, CONSERVATION LAW FOUNDATION, ENVIRONMENTAL DEFENSE FUND, GEORGIA INTERFAITH POWER & LIGHT, MICHIGAN ENVIRONMENTAL COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, NORTHEAST OHIO COMMUNITY RESILIENCE CENTRE, RIO GRANDE INTERNATIONAL STUDY CENTER, SAVANNAH RIVERKEEPER, and SIERRA CLUB, <br><br> *Plaintiffs*, <br><br> v. <br><br> LEE M. ZELDIN, Administrator, United States Environmental Protection Agency, in his official capacity, <br><br> *Defendant*. | Civil Action No. 4:26-cv-03118-HSG <br><br><br> **PLAINTIFFS' STATEMENT OF RECENT DECISION IN SUPPORT OF THEIR OPPOSITION TO DEFENDANT'S MOTION FOR ABEYANCE AND IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT** |

Pursuant to Northern District of California Civil Local Rule 7-3(d)(2), Plaintiffs Alliance of Nurses for Healthy Environments, American Lung Association, American Public Health Association, American Thoracic Society, Center for Biological Diversity, Citizens for Pennsylvania's Future, Clean Air Council, CleanAIRE NC, Conservation Law Foundation, Environmental Defense Fund, Georgia Interfaith Power & Light, Michigan Environmental Council, Natural Resources Defense Council, Northeast Ohio Community Resilience Centre, Rio Grande International Study Center, Savannah Riverkeeper, and Sierra Club (collectively, "Plaintiffs"), submit this Statement of Recent Decision in connection with Defendant's Motion for Abeyance (Dkt. No. 31) and Plaintiffs' Motion for Summary Judgment (Dkt. No. 16).

Attached as Exhibit A is a copy of the D.C. Circuit's recent decision *Kentucky v. EPA*, --- F.4th ---, 2026 WL 1839715 (D.C. Cir. June 26, 2026).

Dated: June 30, 2026                          Respectfully submitted,

*/s/ Sage Lincoln*[1]                          */s/ Hayden W. Hashimoto*
Sage Lincoln, PA Bar No. 333682               Hayden W. Hashimoto, CA Bar No. 325150
*Admitted pro hac vice*                        Shaun A. Goho, MA Bar No. 652287
Seth L. Johnson, DC Bar No. 1001654           *Admitted pro hac vice*
*Admitted pro hac vice*                        Clean Air Task Force
Earthjustice                                  114 State Street, 6th Floor
1250 I (Eye) Street NW, 4th Floor             Boston, MA 02109
Washington, DC 20005                          (617) 624-0234
(202) 797-5245                                hhashimoto@catf.us
(202) 830-3311                                sgoho@catf.us
sjohnson@earthjustice.org
slincoln@earthjustice.org                     *Counsel for Citizens for Pennsylvania's*
                                              *Future, Clean Air Council, Conservation*
Colin C. O'Brien, CA Bar No. 309413           *Law Foundation, and Michigan*
Earthjustice                                  *Environmental Council*
1 Sansome Street, Suite 1700
San Francisco, CA 94104
Tel: 415-217-2000/Fax: 415-217-2040
cobrien@earthjustice.org

*Counsel for Alliance of Nurses for Healthy*
*Environments, American Lung Association,*
*American Public Health Association, American*
*Thoracic Society, Center for Biological*
*Diversity, Northeast Ohio Community*
*Resilience Centre, Rio Grande International*
*Study Center, and Sierra Club*

*/s/ John Walke*                               */s/ Caroline Cress*
John Walke, DC Bar No. 450508                 Caroline Cress, NC Bar No. 63104
*Pro hac vice pending*                         *Admitted pro hac vice*
Emily Davis, CA Bar No. 314152                Southern Environmental Law Center
Sheena Patel, DC Bar No. 90029725             136 E. Rosemary Street, Suite 500
*Admitted pro hac vice*                        Chapel Hill, NC 27514
Natural Resources Defense Council             (919) 967-1450
1152 15th St NW, #300                         ccress@selc.org
Washington, DC 20005
(202) 289-6868                                *Counsel for CleanAIRE NC, Georgia*
jwalke@nrdc.org                               *Interfaith Power & Light, and Savannah*
edavis@nrdc.org                               *Riverkeeper*
spatel@nrdc.org

*Counsel for Natural Resources Defense*
*Council*

---

[1] Pursuant to Civil L.R. 5-1(i)(3), I attest that all other signatories have concurred in the filing of this document.

PLAINTIFFS' STATEMENT OF RECENT DECISION                          2
Case No. 4:26-cv-03118-HSG

*/s/ Richard Yates*
Richard Yates, CA Bar No. 348185
Environmental Defense Fund
2060 Broadway
Suite 300
Boulder, CO 80302
(415) 293-6083
ryates@edf.org

*Counsel for Environmental Defense Fund*