ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

Rachel D. Martinez (FL Bar No. 1049812)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-5589
Fax: (202) 514-8865
Rachel.Martinez@usdoj.gov

*Attorney for Defendant*
*(Additional Plaintiffs and Counsel Listed on Signature Page)*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| ALLIANCE OF NURSES FOR HEALTHY ENVIRONMENTS, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> LEE M. ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency, <br><br> *Defendant*. | Case No. 4:26-cv-03118-HSG <br><br> **STIPULATION AND ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED CASE MANAGEMENT DEADLINES** |
| STATE OF CALIFORNIA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> LEE M. ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency, <br><br> *Defendant*. | Case No. 4:26-cv-03500-HSG |

Health, Environmental, and Community Plaintiffs,[1] State Plaintiffs,[2] and Defendant Lee Zeldin, in his official capacity as Administrator of the United States Environmental Protection Agency ("EPA") (collectively, the "Parties"), stipulate as follows:

1.      In this litigation, Health, Environmental, and Community Plaintiffs and State Plaintiffs allege that EPA has failed to perform its mandatory duty under the Clean Air Act. The Court has identified Plaintiffs' two cases as related and has granted the Parties' request to coordinate the two cases. No. 26-cv-03118, Dkt. Nos. 36, 49.

2.      When Health, Environmental, and Community Plaintiffs filed No. 26-cv-03118, they consented to magistrate judge jurisdiction, and the originally assigned magistrate judge entered certain deadlines regarding alternative dispute resolution, Federal Rule of Civil Procedure 26 obligations, the case management statement, and the case management conference. No. 26-cv-03118, Dkt. Nos. 10, 21. EPA subsequently declined magistrate judge jurisdiction, and No. 26-cv-03118 was randomly reassigned to Judge Gilliam. No. 26-cv-03118, Dkt. Nos. 24, 26. As a result of the reassignment, the Court ordered the case management statement be due July 21, 2026, and case management conference occur July 28, 2026. No. 26-cv-03118, Dkt. No. 27.

3.      When State Plaintiffs filed No. 26-cv-03500, the originally assigned judge entered certain deadlines regarding alternative dispute resolution, Federal Rule of Civil Procedure 26

---

[1] Health, Environmental, and Community Plaintiffs are Plaintiffs in No. 26-cv-03118 and consist of Alliance of Nurses for Healthy Environments, American Lung Association, American Public Health Association, American Thoracic Society, Center for Biological Diversity, Citizens for Pennsylvania's Future, Clean Air Council, CleanAIRE NC, Conservation Law Foundation, Environmental Defense Fund, Georgia Interfaith Power & Light, Michigan Environmental Council, Natural Resources Defense Council, Northeast Ohio Community Resilience Centre, Rio Grande International Study Center, Savannah Riverkeeper, and Sierra Club.

[2] State Plaintiffs are Plaintiffs in No. 26-cv-03500 and include the States of California, Connecticut, Hawai'i, Maryland, Massachusetts, Minnesota, New York, Oregon, Rhode Island, Vermont, and Wisconsin, the District of Columbia, the County of Harris, Texas, and the City of New York, New York.

obligations, the case management statement, and the case management conference. No. 26-cv-03500, Dkt. No. 20. When the Court identified No. 26-cv-03500 as related to No. 26-cv-03118, it set the case management statement and case management conference in No. 26-cv-03500 for July 21 and 28, respectively. No. 26-cv-03500, Dkt. No. 37.

4.    On June 25, 2026, the Court heard argument on Plaintiffs' Motions for Summary Judgment, No. 26-cv-03118, Dkt. No. 16 and No. 26-cv-03500, Dkt. No. 40, and Defendant's Motion for Abeyance, No. 26-cv-03118, Dkt. No. 31. These motions were then taken under submission by the Court. No. 26-cv-03118, Dkt. No. 57.

5.    On July 1, 2026, the Parties met and conferred pursuant to Federal Rule of Civil Procedure 26(f). The Parties agree that, given the motions pending before this Court, the Case Management Conference and associated case management, alternative dispute resolution, and discovery deadlines should be continued. A continuance would promote judicial efficiency, since the Court's orders on the pending motions will likely impact the parties' perspectives on case management needs. Accordingly, the Parties stipulate to continuing the following deadlines in Nos. 26-cv-03118 and 26-cv-03500 until a date set later by the Court, following resolution of the pending Motions for Summary Judgment and Motion for Abeyance:

- Deadline to file ADR Certificate (current deadline, July 7, 2026);

- Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan (see F.R. Civ. P. 26(f)) (current deadline, July 7, 2026);

- Deadline to make initial disclosures (see F.R. Civ. P. 26(a)(1)) & for report under F.R. Civ. P. 26(f)(2) (current deadline, July 21, 2026);

- Case Management Statement (current deadline, July 21, 2026);

- Case Management Conference (current date, July 28, 2026).

6.    There have been the following modifications of time in these related cases:

a.    The Parties stipulated to an extended briefing schedule for Health, Environmental, and Community Plaintiffs' and State Plaintiffs' motions for summary judgment. No. 26-cv-

03118, Dkt. No. 37.

b.      State Plaintiffs and EPA stipulated to allow State Plaintiffs to file an opposition to EPA's motion for abeyance, No. 26-cv-03118, Dkt. No. 31, which resulted in the Court ordering State Plaintiffs to file their opposition as a separate entry on the docket for No. 26-cv-03118 by May 12, 2026 and EPA to file a reply by May 15, 2026. No. 26-cv-03500, Dkt. No. 46.

c.      The Parties stipulated to modifying the alternative dispute resolution and discovery deadlines in No. 26-cv-03118 to align with the same deadlines in No. 26-cv-03500. No. 26-cv-03118, Dkt. No. 55.

7.      Pursuant to Local Rule 5-1(h)(3), the undersigned counsel for Defendant attests that the other signatories listed below concur in the filing of this document.

Dated: July 2, 2026                          Respectfully submitted,

/s/ Rachel D. Martinez

Rachel D. Martinez (FL Bar No. 1049812)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 616-5589
Fax: (202) 514-8865
Rachel.Martinez@usdoj.gov

Counsel for Defendant

/s/ Sage Lincoln
Sage Lincoln, PA Bar No. 333682
Admitted pro hac vice
Seth L. Johnson, DC Bar No. 1001654
Admitted pro hac vice
Earthjustice
1250 I (Eye) Street NW, 4th Floor
Washington, DC 20005
(202) 830-3311
(202) 797-5245
slincoln@earthjustice.org
sjohnson@earthjustice.org

Colin C. O'Brien, CA Bar No. 309413
Earthjustice
1 Sansome Street, Suite 1700
San Francisco, CA 94104
Tel: 415-217-2000/Fax: 415-217-2040
cobrien@earthjustice.org

Counsel for Alliance of Nurses for Healthy Environments, American Lung Association, American Public Health Association, American Thoracic Society, Center for Biological Diversity, Northeast Ohio Community Resilience Centre, Rio Grande International Study Center, and Sierra Club

/s/ Hayden W. Hashimoto
Hayden W. Hashimoto, CA Bar No. 325150
Shaun A. Goho, MA Bar No. 652287
*Admitted pro hac vice*
Clean Air Task Force
114 State Street, 6th Floor
Boston, MA 02109
(617) 624-0234
hhashimoto@catf.us
sgoho@catf.us

*Counsel for Citizens for Pennsylvania's Future, Clean Air Council, Conservation Law Foundation, and Michigan Environmental Council*

/s/ John Walke
John Walke, DC Bar No. 450508
*Pro hac vice pending*
Emily Davis, CA Bar No. 314152
Sheena Patel, DC Bar No. 90029725
*Admitted pro hac vice*
Natural Resources Defense Council
1152 15th St NW, #300
Washington, DC 20005
(202) 289-6868
jwalke@nrdc.org
edavis@nrdc.org
spatel@nrdc.org

*Counsel for Natural Resources Defense Council*

/s/ Caroline Cress
Caroline Cress, NC Bar No. 63104
*Admitted pro hac vice*
Southern Environmental Law Center
136 E. Rosemary Street, Suite 500
Chapel Hill, NC 27514
(919) 967-1450
ccress@selc.org

*Counsel for CleanAIRE NC, Georgia Interfaith Power & Light, and Savannah Riverkeeper*

/s/ Richard Yates
Richard Yates, CA Bar No. 348185
Environmental Defense Fund
2060 Broadway
Suite 300
Boulder, CO 80302
(415) 293-6083
ryates@edf.org

*Counsel for Environmental Defense Fund*

FOR THE STATE OF CALIFORNIA
ROB BONTA
ATTORNEY GENERAL

MYUNG J. PARK
CHRISTIE VOSBURG
Supervising Deputy Attorneys General
STACY J. LAU
JONATHAN A. WIENER
Deputy Attorneys General

*/s/ Micaela M. Harms*
MICAELA M. HARMS
Deputy Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 510-3743
Micaela.Harms@doj.ca.gov
*Attorneys for Plaintiff State of California by
and through Attorney General Rob Bonta
and the California Air Resources Board*

\* \* \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  7/2/2026

HAYWOOD S. GILLIAM, JR.
United States District Judge