UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE OF CALIFORNIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LEE ZELDIN,<br><br>Defendant. | Case No.  26-cv-03500-HSG<br><br>**JUDGMENT** |
| ALLIANCE OF NURSES FOR HEALTHY ENVIRONMENTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LEE MICHAEL ZELDIN,<br><br>Defendant. | Case No.  26-cv-0118-HSG |

Judgment is hereby entered consistent with the Court's Order Denying Motion for Abeyance and Granting In Part and Denying In Part Motions for Summary Judgment,

This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 20th day of July, 2026.

Mark B. Busby
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.