Colin C. O'Brien, State Bar No. 309413
Earthjustice
1 Sansome Street, Suite 1700
San Francisco, CA 94104
Tel: 415-217-2000/Fax: 415-217-2040
cobrien@earthjustice.org

*Local Counsel for Plaintiffs Alliance of Nurses for Healthy Environments et al. (Additional Plaintiffs and Counsel Listed on Signature Page)*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

ALLIANCE OF NURSES FOR HEALTHY ENVIRONMENTS, AMERICAN LUNG ASSOCIATION, AMERICAN PUBLIC HEALTH ASSOCIATION, AMERICAN THORACIC SOCIETY, CENTER FOR BIOLOGICAL DIVERSITY, CITIZENS FOR PENNSYLVANIA'S FUTURE, CLEAN AIR COUNCIL, CLEANAIRE NC, CONSERVATION LAW FOUNDATION, ENVIRONMENTAL DEFENSE FUND, GEORGIA INTERFAITH POWER & LIGHT, MICHIGAN ENVIRONMENTAL COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, NORTHEAST OHIO COMMUNITY RESILIENCE CENTRE, RIO GRANDE INTERNATIONAL STUDY CENTER, SAVANNAH RIVERKEEPER, and SIERRA CLUB,

*Plaintiffs*,

v.

LEE M. ZELDIN, Administrator, United States Environmental Protection Agency, in his official capacity,

*Defendant*.

Case No: 4:26-cv-03118-HSG

**MOTION AND PROPOSED ORDER TO EXTEND PLAINTIFFS' DEADLINE**

Health, Environmental, and Community Plaintiffs ("Plaintiffs") respectfully move for an extension of the deadline for filing a bill of costs and motion for attorney's fees by 120 days, from August 3, 2026, to December 1, 2026. Neither Defendant nor State Plaintiffs oppose the requested relief, according to their respective counsel. In support of the motion, Plaintiffs state:

1. On July 20, 2026, this Court entered judgment in Plaintiffs' favor. Dkt. No. 67; *see also* Dkt. No. 66. Accordingly, under Civil L.R. 54-1(a) & 54-5(a), the deadline for Plaintiffs to file a bill of costs and motion for attorney's fees is August 3, 2026.

2. Due to the number of Plaintiffs' counsel involved in this litigation from different organizations, other litigation deadlines, and mandatory work meetings, Plaintiffs' counsel have not had and will not have an opportunity before the deadline to engage in consultation with Defendant's counsel to attempt to resolve disputed issues about Plaintiffs' claim for attorney's fees, as required under this Court's rules, Civil L.R. 54-5(a). Further, Defendant has 60 days, until September 18, 2026, to file a notice of appeal. Fed. R. App. P. 4(a)(1)(B). Any internal deliberations by Defendant about whether to appeal may delay a negotiated resolution of costs and fees in this case.

3. Extending the deadline for filing a motion for an award of attorney's fees by 120 days will allow Plaintiffs and Defendant to undertake the rule-mandated attempt to resolve any claim for attorney's fees without the need for further litigation. A successful resolution of a claim would conserve the parties' and the Court's resources.

4. There have been the following modifications of time in this case:

a. The Parties stipulated to an extended briefing schedule for Health, Environmental, and Community Plaintiffs' and State Plaintiffs' motions for summary judgment. Dkt. No. 37.

b. State Plaintiffs and EPA stipulated to allow State Plaintiffs to file an opposition to EPA's motion for abeyance, No. 26-cv-03118, Dkt. No. 31, which resulted in the Court ordering State Plaintiffs to file their opposition as a separate entry on the docket for No. 26-cv-03118 by May 12 and EPA to file a reply by May 15. No. 26-cv-03500, Dkt. No. 46.

c. The Parties stipulated twice to extend the date of certain deadlines regarding alternative dispute resolution, Federal Rule of Civil Procedure 26 obligations, the case

management statement, and the case management conference. First, Parties stipulated to extend certain deadlines to align with deadlines in the related case (No. 26-cv-3500) filed by State and Local Government Parties (Dkt. No. 54), which the Court granted (Dkt. No. 55). Subsequently, Parties stipulated to continue the case management conference and associated case management deadlines until a date set later by the Court (Dkt. No. 61). The Court granted this stipulation (Dkt. No. 63).

Dated: July 29, 2026

Respectfully submitted,

*/s/ Sage Lincoln*[1]
Sage Lincoln, PA Bar No. 333682
*Admitted pro hac vice*
Seth L. Johnson, DC Bar No. 1001654
*Admitted pro hac vice*
Earthjustice
1250 I (Eye) Street NW, 4th Floor
Washington, DC 20005
(202) 830-3311
(202) 797-5245
slincoln@earthjustice.org
sjohnson@earthjustice.org

Colin C. O'Brien, CA Bar No. 309413
Earthjustice
1 Sansome Street, Suite 1700
San Francisco, CA 94104
Tel: 415-217-2000/Fax: 415-217-2040
cobrien@earthjustice.org

*Counsel for Alliance of Nurses for Healthy Environments, American Lung Association, American Public Health Association, American Thoracic Society, Center for Biological Diversity, Northeast Ohio Community Resilience Centre, Rio Grande International Study Center, and Sierra Club*

*/s/ Hayden W. Hashimoto*
Hayden W. Hashimoto, CA Bar No. 325150
Shaun A. Goho, MA Bar No. 652287
*Admitted pro hac vice*
Clean Air Task Force
114 State Street, 6th Floor
Boston, MA 02109
(617) 624-0234
hhashimoto@catf.us
sgoho@catf.us

*Counsel for Citizens for Pennsylvania's Future, Clean Air Council, Conservation Law Foundation, and Michigan Environmental Council*

[1] Pursuant to Civil L.R. 5-1(i)(3), I attest that all other signatories have concurred in the filing of this document.

/s/ *John Walke*
John Walke, DC Bar No. 450508
*Pro hac vice pending*
Emily Davis, CA Bar No. 314152
Sheena Patel, DC Bar No. 90029725
*Admitted pro hac vice*
Natural Resources Defense Council
1152 15th St NW, #300
Washington, DC 20005
(202) 289-6868
jwalke@nrdc.org
edavis@nrdc.org
spatel@nrdc.org

*Counsel for Natural Resources Defense Council*

/s/ *Richard Yates*
Richard Yates, CA Bar No. 348185
Environmental Defense Fund
2060 Broadway
Suite 300
Boulder, CO 80302
(415) 293-6083
ryates@edf.org

*Counsel for Environmental Defense Fund*

/s/ *Caroline Cress*
Caroline Cress, NC Bar No. 63104
*Admitted pro hac vice*
Southern Environmental Law Center
136 E. Rosemary Street, Suite 500
Chapel Hill, NC 27514
(919) 967-1450
ccress@selc.org

*Counsel for CleanAIRE NC, Georgia Interfaith Power & Light, and Savannah Riverkeeper*