Colin C. O'Brien, State Bar No. 309413
Earthjustice
1 Sansome Street, Suite 1700
San Francisco, CA 94104
Tel: 415-217-2000/Fax: 415-217-2040
cobrien@earthjustice.org

*Local Counsel for Plaintiffs Alliance of Nurses for Healthy Environments et al. (Additional Counsel Listed on Signature Page of Motion)*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

ALLIANCE OF NURSES FOR HEALTHY ENVIRONMENTS, AMERICAN LUNG ASSOCIATION, AMERICAN PUBLIC HEALTH ASSOCIATION, AMERICAN THORACIC SOCIETY, CENTER FOR BIOLOGICAL DIVERSITY, CITIZENS FOR PENNSYLVANIA'S FUTURE, CLEAN AIR COUNCIL, CLEANAIRE NC, CONSERVATION LAW FOUNDATION, ENVIRONMENTAL DEFENSE FUND, GEORGIA INTERFAITH POWER & LIGHT, MICHIGAN ENVIRONMENTAL COUNCIL, NATURAL RESOURCES DEFENSE COUNCIL, NORTHEAST OHIO COMMUNITY RESILIENCE CENTRE, RIO GRANDE INTERNATIONAL STUDY CENTER, SAVANNAH RIVERKEEPER, and SIERRA CLUB,

*Plaintiffs*,

v.

LEE M. ZELDIN, Administrator, United States Environmental Protection Agency, in his official capacity,

*Defendant*.

Case No: 4:26-cv-03118-HSG

**ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND DEADLINE**

**ORDER**

Plaintiffs' motion to change the time to file a bill of costs and motion for an award of attorney's fees is hereby **GRANTED**. The deadline for filing a bill of costs and motion for an award of attorney's fees is extended to December 1, 2026.

IT IS SO ORDERED.

DATED: 7/31/2026

HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge