ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

Rachel D. Martinez (FL Bar No. 1049812)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 288-1951
Fax: (202) 514-8865
Rachel.Martinez@usdoj.gov

*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ALLIANCE OF NURSES FOR HEALTHY ENVIRONMENTS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LEE M. ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>*Defendant*. | Case No. 4:26-cv-03118-HSG<br><br>**NOTICE OF APPEAL** |
| STATE OF CALIFORNIA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LEE M. ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>*Defendant*. | Case No. 4:26-cv-03500-HSG |

Lee M. Zeldin, in his official capacity as Administrator of the U.S. Environmental Protection Agency, appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered on July 20, 2026 and consistent with the Court's Order Denying Motion for Abeyance and Granting in Part and Denying In Part Motions for Summary Judgment. *See* No. 4:26-cv-3118, Dkt. Nos. 66, 67; No. 4:26-cv-3500, Dkt. Nos. 75, 76. Defendant is exempt from paying the filing and docketing fees. *See* 9th Cir. R. 3-1.

Dated: September 2, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Rachel D. Martinez*
Rachel D. Martinez (FL Bar No. 1049812)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 288-1951
Fax: (202) 514-8865
Rachel.Martinez@usdoj.gov

*Counsel for Defendant*