ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

Rachel D. Martinez (FL Bar No. 1049812)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 288-1951
Fax: (202) 514-8865
Rachel.Martinez@usdoj.gov

*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ALLIANCE OF NURSES FOR HEALTHY ENVIRONMENTS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LEE M. ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>*Defendant*. | Case No. 4:26-cv-03118-HSG<br><br>**DEFENDANT'S REPRESENTATION STATEMENT** |
| STATE OF CALIFORNIA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LEE M. ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>*Defendant*. | Case No. 4:26-cv-03500-HSG |

Defendant attaches to its Notice of Appeal the following statement identifying all parties to the action and the names, addresses, and telephone numbers of their respective counsel.

**Plaintiffs:**

Alliance of Nurses for Healthy Environments,
American Lung Association
American Public Health Association
American Thoracic Society
Center for Biological Diversity
Citizens for Pennsylvania's Future
Clean Air Council
Cleanaire NC
Conservation Law Foundation
Environmental Defense Fund
Georgia Interfaith Power & Light
Michigan Environmental Council
Natural Resources Defense Council
Northeast Ohio Community Resilience Centre
Rio Grande International Study Center
Savannah Riverkeeper
Sierra Club
State of California
State of Connecticut
State of Hawai'i
State of Maryland
Commonwealth of Massachusetts
State of Minnesota
State of New York
State of Oregon
State of Vermont
State of Wisconsin

District of Columbia

County of Harris, Texas

City Of New York, New York

**Counsel for all Plaintiffs:**

Colin C. O'Brien
Earthjustice
1 Sansome Street, Suite 1700
San Francisco, CA 94104
Tel: 415-217-2000/ Fax: 415-217-2040
cobrien@earthjustice.org

Sage Lincoln
Seth L. Johnson
Earthjustice 1250 I (Eye) Street NW, 4th Floor
Washington, DC 20005
(202) 830-3311 (202) 797-5245
slincoln@earthjustice.org
sjohnson@earthjustice.org

Hayden W. Hashimoto
Shaun A. Goho
Clean Air Task Force
114 State Street, 6th Floor
Boston, MA 02109
(617) 624-0234
hhashimoto@catf.us
sgoho@catf.us

John Walke
Emily Davis
Sheena Patel
Natural Resources Defense Council
1152 15th St NW, #300
Washington, DC 20005
(202) 289-6868
jwalke@nrdc.org
edavis@nrdc.org
spatel@nrdc.org

Caroline Cress
Southern Environmental Law Center
136 E. Rosemary Street, Suite 500
Chapel Hill, NC 27514
(919) 967-1450
ccress@selc.org

Richard Yates
Environmental Defense Fund
2060 Broadway Suite 300
Boulder, CO 80302
(415) 293-6083
ryates@edf.org

Micaela M. Harms
State of California by and through Attorney General Rob Bonta
California Air Resources Board
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
(415) 510-3743
Micaela.Harms@doj.ca.gov

Jill Lacedonia
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
(860) 808-5250
Jill.Lacedonia@ct.gov

Lyle T. Leonard
State of Hawaii
465 South King Street, Room 200
Honolulu, HI 96813
(808) 587-3050
Lyle.t.leonard@hawaii.gov

Steven J. Goldstein
Office of the Attorney General of Maryland
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
(410) 576-641
sgoldstein@oag.maryland.gov

Marcus Holmes
Brian Clapper
Turner Smith
Energy and Environment Bureau
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
(617) 727-2200
Marcus.D.Holmes@mass.gov
Brian.Clappier@mass.gov
Turner.Smith@mass.gov

Cat Rios-Keating
Office of the Minnesota Attorney General
445 Minnesota St., Suite 600
St. Paul, MN 55101
651-300-7302
Catherine.Rios-Keating@ag.state.mn.us

Nicholas C. Buttino
New York Attorney General's Office
State Capitol
Albany, NY 12224
518-776-2406
Nicholas.Buttino@ag.ny.gov

Paul Garrahan
Natural Resources Section Oregon Department of Justice
1162 Court Street NE
Salem, Oregon 97301-4096
(503) 947-4540
Paul.Garrahan@doj.oregon.gov

Melanie Kehne
Office of the Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3186
melanie.kehne@vermont.gov

Bradley J. Motl
Wisconsin Department of Justice
P.O. Box 7857
Madison, WI 53707-7857
(608) 267-0505
bradley.motl@wisdoj.gov

Coty Montag
Lauren Cullum
Office of the Attorney General for the District of Columbia
400 6th Street, N.W., 10th Floor
Washington, D.C. 20001
coty.montag@dc.gov
lauren.cullum@dc.gov

Jonathan G.C. Fombonne
Sarah Jane Utley
Elizabeth Hidalgo
Harris County Attorney's Office
1010 Lamar, 11th Floor
Houston, Texas 77002
(832) 596-9786
Sarah.Utley@harriscountytx.gov
Elizabeth.Hidalgo@harriscountytx.gov

Nathan Taylor
New York City Law Department
100 Church St.
Tel. 212-356-2315
ntaylor@law.nyc.gov

**Defendant:**

Lee M. Zeldin, in his official capacity as Administrator of the U.S. Environmental Protection Agency

**Counsel for Defendant:**

Rachel D. Martinez
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 288-1951
Fax: (202) 514-8865
Rachel.Martinez@usdoj.gov

Kyle Glynn
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 598-9568
Fax: (202) 353-1873
Kyle.Glynn@usdoj.gov

Dated: September 2, 2026

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

*/s/ Rachel D. Martinez*
Rachel D. Martinez (FL Bar No. 1049812)
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 288-1951
Fax: (202) 514-8865
Rachel.Martinez@usdoj.gov

*Counsel for Defendant*