Colin C. O'Brien, State Bar No. 309413
Earthjustice
1 Sansome Street, Suite 1700
San Francisco, CA 94104
Tel: 415-217-2000/Fax: 415-217-2040
cobrien@earthjustice.org

*Local Counsel for Plaintiffs Alliance of Nurses for Healthy Environments et al. (Additional Counsel Listed on Signature Page of Motion)*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| ALLIANCE OF NURSES FOR HEALTHY ENVIRONMENTS, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>LEE M. ZELDIN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>*Defendant*. | Case No. 4:26-cv-03118-HSG<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO EXTEND DEADLINE** |
| STATE OF CALIFORNIA, et al.,<br><br>*Plaintiff*s,<br><br>v.<br><br>LEE M. ZELDIN, in his official capacity as Administrator of the U.S. Environmental Protection Agency,<br><br>*Defendant*. | Case No. 4:26-cv-03500-HSG |

**ORDER**

Plaintiffs' second motion to extend the deadline to file a bill of costs and motion for an award of attorney's fees is hereby **GRANTED**. The deadline for filing a bill of costs and motion for an award of attorney's fees is extended to 60 days after a final decision is issued in *Alliance of Nurses for Healthy Environments v. Zeldin*, Case No. 26-5750 (9th. Cir.) and *State of California v. Zeldin*, Case No. 26-5756 (9th Cir.).

IT IS SO ORDERED.

DATED: 9/22/2026

HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge